**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAVIER OSMARO RIVERA RIVERA, ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BRIAN M. ACUNA, et. al., ) <br> Respondents. ) <br> ) | Civil No. 26-1287 |

## <u>ORDER OF COURT</u>

AND NOW, this 10th day of July, 2026, because the petition in this case is duplicative of the petition filed at Civil Action No. 3:26-cv-1257, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED for the reasons set forth in the opinion at 3:26-cv-1257, ECF No. 6.

The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

<u>/s/ Joy Flowers Conti</u>
Joy Flowers Conti
Senior United States District Court Judge